**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Lopez-Heredia,<br><br>   Petitioner,<br><br>vs.<br><br>Katrina S. Kane, Field Office Director, Immigration and Customs Enforcement; Susan Lambert, Deportation Officer; and Bruno Stolc, Warden,<br><br>   Respondents. | No. CV-08-349-PHX-DGC (GEE)<br><br>**ORDER** |

Petitioner Martin Lopez-Heredia, a native and citizen of Mexico, is being detained at the federal detention center in Eloy, Arizona. Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, arguing that his current detention while in removal proceedings is contrary to law. Dkt. #1. United States Magistrate Judge Glenda Edmonds has issued a report and recommendation ("R&R") recommending that the Court grant the petition unless the Government provides a bail hearing to Petitioner within 60 days of the Court's order. Dkt. #28.

Respondents have filed an unopposed motion to hold proceedings in abeyance pending extrajudicial resolution efforts. Dkt. #27. Respondents assert that pursuant to two recent Ninth Circuit cases, Petitioner may be entitled to a bond hearing before an immigration judge. *Id.* at 1 (citations omitted). Respondents request that the Court hold proceedings in abeyance until October 3, 2008. *Id.* at 1-2.

1   The Court will grant Respondents' motion.  Any objections to the R&R shall be filed
2  on October 6, 2008, and any responses to objections shall be filed by October 24, 2008.  The
3  parties are advised that the Court has no obligation to review the R&R absent specific written
4  objection.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S.
5  140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

6   **IT IS ORDERED:**

7   1.   Respondents' motion to hold proceedings in abeyance (Dkt. #27) is **granted**.
8   2.   Any objections to the R&R shall be filed on **October 6, 2008**.
9   3.   Any responses to objections shall be filed by **October 24, 2008**.
10  DATED this 26th day of September, 2008.

*David G. Campbell*
United States District Judge

- 2 -